AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KEELEY, IRENE M. | USDC NORTHERN DISTRICT OF WV | 07/09/2010 |

| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF WV<br>PO BOX 2808<br>CLARKSBURG WV 26302-2808 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PAST PRESIDENT | FEDERAL JUDGES ASSOCIATION |
| 2. CHAIR - PRESIDENT'S HOUSE ADVISORY COMMITTEE | WEST VIRGINIA UNIVERSITY |
| 3. MEMBER - BOARD OF TRUSTEES | COLLEGE OF NOTRE DAME OF MARYLAND |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 JUL 20 A 9:05 RECEIVED

Keeley, Irene M.

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 07/09/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | GROUND BREAKERS INC - PRESIDENT |
| 2. | 2009 | CLARKSBURG WATER BOARD - MEMBER |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF CINCINNATI | 4/3/2009 TO 4/9/2009 | CINCINNATI, OH | PARTICIPATE IN MOOT COURT COMPETITION | TRANSPORTATION, LODGING & MEALS |
| 2. | FDCC LEADERSHIP INSTITUTE | 4/15/2009 TO 4/16/2009 | CHICAGO , IL | PROFESSIONAL ASSN MEETING | TRANSPORTATION, LODGING & MEALS |
| 3. | FEDERAL JUDGES ASSOCIATION | 5/2/2009 TO 5/3/2009 | WASHINGTON, DC | PROFESSIONAL ASSN MEETING | LODGING & MEALS |
| 4. | WILLIAM & LEE UNIVERSITY | 10/23/09 | LEXINGTON, VA | PARTICIPATE IN MOOT COURT COMPETITION | TRANSPORTATION, LODGING & MEALS |
| 5. | AMERICAN CONFERENCE INSTITUTE | 11/11/09 TO 11/14/09 | NEW YORK, NY | PROFESSIONAL ASSN MEETING | LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 07/09/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | THE HUNTINGTON NATIONAL BANK | PERSONAL GUARANTOR CORPORATE LINE OF CREDIT | P1 |
| 2. | ST PAUL COMPANIES | PERSONAL GUARANTOR CONSTRUCTION PERFORMANCE AND PAYMENT BONDS | P2 |
| 3. | THE HUNTINGTON NATIONAL BANK | PERSONAL GUARANTOR OF LLC BANK DEBT | P3 |
| 4. | FIRST CENTRAL BANK | PERSONAL GUARANTOR OF LLC BANK DEBT | P1 |
| 5. | THE HUNTINGTON NATIONAL BANK | BANK LINE OF CREDIT | P1 |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 07/09/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK ACCTS | D | Interest | P1 | T | | | | | |
| 2. HUNTINGTON NATL BANK ACCOUNTS | E | Interest | P1 | T | | | | | |
| 3. BB&T BANK-BANK ACCOUNT | B | Interest | N | T | Open | 06/12/09 | N | | |
| 4. FIRST CENTRAL BANK- BANK ACCOUNT | B | Interest | M | T | Open | 07/07/09 | L | | |
| 5. MERRILL LYNCH CMA ACCT | D | Interest | O | T | | | | | |
| 6. GROUND BREAKERS INC S CORP COMMON STOCK | G | Distribution | N | U | | | | | |
| 7. PROGRESS ENERGY INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. CHEVRON CORP COMMON STOCK | C | Dividend | L | T | Donated (part) | | | | |
| 9. BANK OF AMERICA CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. EDISON INT'L CALIF COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. HALLIBURTON COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. OCCIDENTAL PETE CORP CAL COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. CSX CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. FRIEDMAN BILLINGS AND RAMSEY COMMON STOCK | | None | | | Closed | 12/31/09 | J | A | SEE PART VIII ADD'L INFO |
| 15. PROGRESS PROPERTIES LLC | | None | N | U | Buy | 01/08/09 | N | | PROGRESS PROPERTIES LLC |
| 16. WESBANCO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 17. HUNTINGTON BANCSHARES COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 07/09/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. AT&T INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. CITIGROUP INC COMMON STOCK | | None | J | T | | | | | |
| 20. THE TRAVELERS COMPANIES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 21. TABBETT INT'L INC | | None | K | T | Buy | 05/01/09 | K | | ALAN TWEEDLE |
| 22. US SAVINGS BONDS | A | Interest | J | T | | | | | |
| 23. MIAMI DADE CTY AVIATION REV BOND(X) | A | Interest | J | T | | | | | |
| 24. NOTE RECEIVABLE THE OFFICE PROPERTIES LLC | | None | N | T | | | | | |
| 25. NOTE RECEIVABLE HIGH TECH CORRIDOR DEVELOPMENT LLC | E | Interest | P1 | T | Open | 12/01/09 | P1 | | |
| 26. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | C | Interest | L | T | | | | | |
| 27. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | D | Interest | O | T | | | | | |
| 28. NORTHWESTERN MUTUAL EXTRA ORD LIFE POLICY | C | Interest | M | T | | | | | |
| 29. NORTHWESTERN MUTUAL ADJ COMPLIFE POLICY | E | Interest | O | T | | | | | |
| 30. WORKING INTEREST D-86 TRAVIS, DODDRIDGE CTY, WV | B | Royalty | J | U | | | | | |
| 31. WORKING INTEREST D88 LOWTHER&D92MCQUAID HARRISON CTY WV | B | Royalty | J | U | | | | | |
| 32. WORKING INTEREST D103 WINDON HARRISON CTY WV | A | Royalty | J | U | | | | | |
| 33. WORKING INTEREST D105 SWEENEY HARRISON CTY WV | B | Royalty | J | U | | | | | |
| 34. WORKING INTEREST D106 DOYLE HARRISON CTY, WV | A | Royalty | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 07/09/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WORKING INTEREST D107 HARDMAN HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 36. WORKING INTEREST D108 SHAFFER HARRISON CTY,WV | A | Royalty | J | U | | | | | |
| 37. ESTATE # 1 (appraisal date 11/19/03) | | None | M | Q | | | | | |
| 38. --COMMERCIAL REAL ESTATE,HARRISON CTY,WV | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 07/09/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART I- POSITIONS-LINE 3. THIS POSITION WAS INADVERTANTLY EXCLUDED ON PRIOR YEARS REPORTS

PART VII -INVESTMENTS AND TRUSTS- LINE 14. INVESTMENT DETERMINED TO BE WORTHLESS AT 12/31/2009

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M. | 07/09/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544